

# Fourth Court of Appeals
## San Antonio, Texas

August 23, 2019

No. 04-19-00253-CV

**JUAN VELA, INDIVIDUALLY AND D/B/A STAR MOULDING CO.**,
Appellant

v.

**HOLLAND SOUTHWEST INT. INC.**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-214
The Honorable Baldemar Garza, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by August 16, 2019. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of August, 2019.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court